# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| PAUL RUDY GUERRERO, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>SHERIFF MIKE BLAKELY, )<br>et al., )<br>)<br>  Defendants. ) | Case No.: 6:12-cv-01072-CLS-SGC |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on March 3, 2015, recommending defendant Mike Gunter's motion for summary judgment be granted and this case be dismissed with prejudice. (Doc. 48).[1] No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion the magistrate judge's report is due to be, and it hereby is, ADOPTED, and her recommendation is ACCEPTED. The court EXPRESSLY FINDS there are no genuine issues of material fact and defendant is entitled to judgment as a matter of law. Accordingly, defendant Gunter's motion for summary judgment (Doc. 46) is due

---

[1] Plaintiff's other claims were dismissed pursuant to 28 U.S.C. § 1915A(b). (Doc. 33).

to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A final judgment will be entered.

DONE this 27th day of March, 2015.

_____
United States District Judge